**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **VALERIE ALCALAN-FLICK,** <br><br> **Plaintiff,** <br> **vs.** <br><br> **CONN'S, INC. and** <br> **CONN APPLIANCES, INC. and** <br> **CONN CREDIT CORPORATION** <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **CAUSE NO. 5:15-cv-00976-XR** |

**NOTICE OF SETTLEMENT**

Plaintiff Valerie Alcalan-Flick and Defendants Conn's, Inc., Conn Appliances, Inc. and Conn Credit Corporation, by and through their respective counsel, hereby advise this Honorable Court that the parties have reached a settlement. The parties anticipate filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) within thirty (30) days. The parties request that the Court vacate all pending hearings and deadlines in the interim, pending full performance on the terms of settlement and subsequent filing of the aforementioned Stipulation of Dismissal.

DATED this 3rd day of June, 2016.

Respectfully submitted,
**EASTMAN, LIBERSAT & MEYLER, PC**

BY: /S/ SAMUEL M. MEYLER
SAMUEL W. EASTMAN
Texas State Bar No. 24072438
E-mail: sam.eastman@elmlegal.com
SAMUEL M. MEYLER

Washington State Bar No. 39471
E-mail: sam.meyler@elmlegal.com
1706 E. Sixth Street
Austin, TX 78702
Tel: (844) 466-7326
Fax: (512) 879-1861
**COUNSEL FOR PLAINTIFF**

Respectfully submitted,
**DYKEMA COX SMITH**

By: /s/ Robert M. Horwitz
Robert M. Horwitz
(*pro hac vice*)
Michigan Bar No. P51466
RHorwitz@dykema.com
Mark J. Barrera
Texas Bar No. 24050258
mbarrera@dykema.com
Amber L. Jordan
(*pro hac vice*)
New York Bar No. 4942173
ajordan@dykema.com
112 E. Pecan Street,
Suite 1800
San Antonio, Texas 78205
Tel: (210) 554-5500
Fax: (210) 226-8395
**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2016, I filed the foregoing electronically, using the Court's CM-ECF system, which will automatically send a copy of this filing to all persons who are registered to receive court filings in this action.

/s/ Samuel M. Meyler
Samuel M. Meyler